IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EDWARD DORAN,
VINCENT T. LONGOBARDI,

        Plaintiffs

   v.                                    Case No.: 1:12-cv-00522-ARR-RER

MORTGAGE ELECTRONIC REGISTATION
SYSTEMS, INC.

        Defendant.

-----------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Edward Doran and Vincent T. Longobardi, through their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant.

Date:   April 23, 2012

                                                      _[signature]_ (LMS 8204)
                                                      Signature of plaintiffs or plaintiff's counsel   LAwrence M. Stern
                                                      50 Court Street #1161
                                                      Address
                                                      Brooklyn, N.Y. 11201
                                                      City, State & Zip Code
                                                      (718) 935-9458
                                                      Telephone Number